Pro Se 15 2023

```
FILED ___ LODGED
___ RECEIVED
JUN 06 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                            DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL TORELL

Plaintiff(s),

v.

CLALLAM COUNTY, et al.

Defendant(s).

CASE NO. 3:25-cv-05502 DGE
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: MICHAEL TORELL
Street Address: 1322 WASHINGTON ST.
City and County: PORT TOWNSEND, JEFFERSON
State and Zip Code: WA 98368
Telephone Number: (360) 477-6617

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Pro Se 15 2023

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: BRIAN KING
Job or Title (if known): CHALLAM COUNTY SHERIFF
Street Address: 223 E 4th ST, #12
City and County: PORT ANGELES, WA 98362
State and Zip Code: (360) 417-2262
Telephone Number:
[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name: DOUG WENZL
Job or Title (if known): CHIEF CORRECTIONS DEPUTY
Street Address: 223 E 4th ST, #12
City and County: PORT ANGELES, WA 98362
State and Zip Code: (360) 417-2262
Telephone Number:
[X] Individual capacity   [X] Official capacity

Defendant No. 3

Name: NIKKI McCANN
Job or Title (if known): R.N.
Street Address: 223 E 4th ST, #12
City and County: PORT ANGELES, WA 98362
State and Zip Code: (360) 417-2262
Telephone Number:
[X] Individual capacity   [X] Official capacity    see Exhibit (A)

(SEE ATTACHED FOR ADDITIONAL NAMED DEFENDANTS)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

DEFENDANT NO. 5 (SUING ALL IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES)
JEREMY MORGAN, CORRECTIONS DEPUTY

DEFENDANT NO. 6
ROSS CAMERON, CORRECTIONS DEPUTY

DEFENDANT NO. 7
ALICIA NEWHOUSE, CORRECTIONS SERGEANT

Exhibit A

DEFENDANT NO. 8
REY LIM, CORRECTIONS DEPUTY

DEFENDANT NO. 9
MARK RAEMER, CORRECTIONS DEPUTY

DEFENDANT NO. 10
BRIAN MARTIN, CORRECTIONS DEPUTY

DEFENDANT NO. 11
NATHAN PENCE, CORRECTIONS DEPUTY

DEFENDANT NO. 12
JANNELL WALKUP, CORRECTIONS DEPUTY

DEFENDANT NO. 13
BAILEY WHITE, CORRECTIONS DEPUTY

DEFENDANT NO. 14
SHAINA GONZALES, CORRECTIONS DEPUTY

DEFENDANT NO. 15
JAMES WILSON, CORRECTIONS DEPUTY

DEFENDANTS NOS 16-19
UNKNOWN DEFENDANTS WITH BADGE NOS 216, 243, 245, AND 247

DEFENDANT NO. 20
BRANDON WOOLMAN, CORRECTIONS DEPUTY

DEFENDANT NO. 21
UNKNOWN DEFENDANT WITH BADGE NO. 251

DEFENDANT NO. 22
DEANNA PRICE, CORRECTIONS DEPUTY

DEFENDANT NO. 23 - LINSEY JANE MONAGHAN, M.D.

Pro Se 15 2023

Defendant No. 4

    Name OWEN McCANN
    Job or Title *(if known)* CORRECTIONS DEPUTY
    Street Address 223 E 4th ST. #12
    City and County PORT ANGELES / WA 98362
    State and Zip Code (360) 417-2262
    Telephone Number

    [X] Individual capacity      [X] Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

    [X] No      ☐ Yes      If yes, how many? Click here to enter text..

Describe the lawsuit:

N/A

Parties to this previous lawsuit:

N/A

Plaintiff(s)

N/A

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2023

_____

_____

Defendant(s)

N/A _____

_____

_____

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

N/A _____

Docket Number:  Click here to enter text.   N/A

Assigned Judge:  Click here to enter text.   N/A

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

N/A _____

_____

_____

Approximate filing date of lawsuit:  Click here to enter date.   N/A

Approximate date of disposition:  Click here to enter date.   N/A

### III.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

Pro Se 15 2023

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☒  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE EIGTH AMENDMENT OF THE U.S. CONSTITUTION, WHICH PROHIBITS CRUEL AND UNUSUAL PUNISHMENT.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

Pro Se 15 2023

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DEFENDANTS DENIED ME MEDICAL CARE, MENTAL HEALTH CARE, PUT ME IN SOLITARY FOR OVER 30 DAYS, DID NOT ALLOW ME TO APPEAL SOLITARY, DID NOT ANSWER MY KITES & REQUESTS FOR HELP, AND DENIED MY FAMILY THE RIGHT TO ADVOCATE FOR MY CARE.

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

EACH DEFENDANT KNEW I WAS DISABLED, HAD BREATHING, TALKING AND MENTAL HEALTH ISSUES, PER MY MEDICAL RECORDS ON FILE.

A. Where did the events giving rise to your claim(s) occur?

THE CLALLAM COUNTY JAIL IN PORT ANGELES, WA, IN CLALLAM COUNTY.

B. What date and approximate time did the events giving rise to your claim(s) occur?

FROM AUGUST 4th, 2022 – JANUARY 18th, 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS TAKEN TO THE OLYMPIC MEDICAL CENTER FOR MEDICAL CLEARANCE ON AUGUST 4th 2022, BEFORE BEING PLACED IN THE JAIL. A CYST WAS DISCOVERED IN MY THROAT WHICH WAS IGNORED BY STAFF AT THE JAIL WHO HAD MY RECORDS.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

*Pro Se 15 2023*

FOLLOW-UP WAS ORDERED BY THE DOCTOR; HOWEVER JAIL STAFF WAS DELIBERATELY INDIFFERENT

### V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

INABILITY TO BREATHE REGULARY AND HOARSE VOICE, MENTAL ANGUISH, AND MENTAL DECLINE, DUE TO IGNORED MEDICAL NEEDS, SEVERE PAIN, AND ON THE VERGE OF DEATH

### VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

COMPENSATORY AND PUNITIVE DAMAGES IN THE AMOUNT OF $500,000, DUE TO DELIBERATE INDIFFERENCE BY JAIL MEDICAL STAFF AND JAIL CORRECTIONS STAFF.

### VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 15 2023*

1  I agree to provide the Clerk's Office with any changes to my address where case-related
2  papers may be served. I understand that my failure to keep a current address on file with the
3  Clerk's Office may result in the dismissal of my case.

4  Date of signing: MAY 30th, 2025
5  Signature of Plaintiff: *Michael Torell*
6  Printed Name of Plaintiff: MICHAEL TORELL

8  Date of signing:
9  Signature of Plaintiff
10 Printed Name of Plaintiff

12 Date of signing:
13 Signature of Plaintiff
14 Printed Name of Plaintiff

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8