UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL TORELL, | CASE NO. 3:25-cv-05502-DGE |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CLALLAM COUNTY et al., | |
| Defendants. | |

On June 9, 2025, Plaintiff, who is proceeding pro se and in forma pauperis, filed his complaint. (Dkt. No. 5.) On August 7, 2025, the Court directed the Clerk to issue the summons in this case. (Dkt. No. 8.) On September 2, 2025, the Court directed the Clerk to issue summons in this case upon presentation by Plaintiff. (Dkt. No. 10.) On September 3, 2025, the Court denied Plaintiff's motion to preserve evidence without prejudice, finding that it was premature because Defendants had not been served with the summons and complaint or with Plaintiff's motion. (Dkt. No. 11.)

ORDER TO SHOW CAUSE - 1

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id.*

The Court acknowledges that Plaintiff is proceeding pro se.  However, Plaintiff's pro se status does not relieve him of the responsibility to effect service on Defendants.  Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.").  Nor does Plaintiff's pro se status, in itself, constitute good cause for failure to effect timely service.  *Larson v. Commonspirit Health*, Case No. 2:23-cv-00747-TLN-JDP (PS), 2024 WL 150138 at *1 (E.D. Cal. Jan. 12, 2024).

More than 90 days have passed since Plaintiff filed his complaint.  Plaintiff has not served Defendants.  Accordingly, Plaintiff shall show cause, no later than **January 9, 2025** why he has not served Defendants. Alternatively, Plaintiff may effect service on Defendants by this date.  Failure to respond to the Court's order may result in dismissal of Plaintiff's complaint without prejudice.

Dated this 12th day of December, 2025.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2